■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAURENCE L. ROTHSTEIN, on Behalf of ERIC GRINBERG, Petitioner, v WARDEN OF THE RIKERS ISLAND CORRECTIONAL FACILITY, Respondent. [616 NYS2d 246] —Writ of habeas corpus in the nature of an application for bail reduction upon Kings County Indictment No. 8342/94. Production of the accused has been waived.

Upon the papers filed in support of the application and in opposition thereto and after hearing oral argument in support of the application and in opposition thereto, it is

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Thompson, J. P., Lawrence, Pizzuto and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEVE ZISSOU, on Behalf of KONSTANTINE YURMIN, Petitioner, v COMMISSIONER OF DEPARTMENT OF CORRECTION, Respondent. [616 NYS2d 245] —Writ of habeas corpus in the nature of an application to reinstate bail upon Queens County Indictment No. 1253/93.

Upon the papers filed in support of the application and in opposition thereto, and after hearing oral argument in support thereof and in opposition thereto, it is

Adjudged that the writ is sustained, without costs or disbursements, to the extent of setting new bail on Queens County Indictment No. 1253/93 in the sum of $20,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Mangano, P. J., Sullivan, Miller, Krausman and Goldstein, JJ., concur.